# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| EYE SAFETY SYSTEMS, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LITTLE G.I. JOE'S, INC., a Virginia Corporation; and DOES 1-10, inclusive,<br><br>　　　　　Defendant. | CASE NO. 8:17-cv-00570-CJC (AJWx)<br><br>**ORDER RE PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**Hon. Cormac J. Carney** |

WHEREAS **Plaintiff Eye Safety Systems, Inc.** ("Plaintiff" or "ESS") having filed a Complaint in this action charging **Defendant Little G.I. Joe's, Inc.** ("Defendant") with Trademark Infringement, False Designations of Origin, Unfair Competition, and related state law claims arising from the alleged illegal importation, distribution, offering for sale, and/or sale of products bearing marks confusingly similar and/or substantially indistinguishable from ESS's "ESS" and "CROSSBOW" trademarks, and the parties herein having entered into a Confidential Settlement Agreement and Mutual Release;

WHEREAS ESS is one of the world's largest suppliers of military, law enforcement and firefighting protective eyewear and is the owner of the "ESS" trademark and various other trademarks shown below (collectively "ESS Marks")

| Trademark | Registration No. | Good And Services |
|---|---|---|
| **ESS** | 2,449,579 | Heavy-duty protective eyewear, namely, goggles and protective facemasks [and helmets] all for industrial use. |
|  | 4,181,665 | Eyewear; Spectacles |
| ESS (logo) | 4,304,852 | Protective eyewear and component parts thereof and accessories there for, namely, eyeglasses, sunglasses, eyeshields, goggles, ophthalmic frames, cases, and prescription lens carriers and prescription lenses there for; protective eye shields and face shields for use with protective helmets; protective face masks for non-medical purposes; throat protectors for use with goggles and protective helmets; protective work gloves. |

In addition to the ESS Marks referenced above, ESS has also used the "CROSSBOW" and CROSSBOW trademarks ("Crossbow Marks") in connection with protective eyewear, namely, spectacles, eye shields, goggles, eyeglasses and sunglasses since 2009.

WHEREAS Defendant has agreed to the below terms of a permanent injunction, **IT IS HEREBY ORDERED** that:

1. Defendant, and its agents, servants, successors and assigns shall immediately and permanently cease the manufacture, purchase, production, distribution, circulation, sale, offering for sale, import, export, advertisement, promotion, display, shipment, marketing or incorporate in advertising or marketing products bearing the ESS Marks and/or Crossbow Marks and/or marks identical, substantially indistinguishable, and/or confusingly similar thereto;

1  2. Except as otherwise provided in the parties' Confidential Settlement Agreement, Defendant shall not deliver, hold for sale, return, transfer or otherwise move, store or dispose in any manner products bearing the ESS Marks and/or Crossbow Marks and/or marks identical, substantially indistinguishable, and/or confusingly similar thereto, except as otherwise provided in this Agreement;

3. Defendant shall not knowingly assist, aid or attempt to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 1 and 2 above.

4. This Court has jurisdiction over the parties herein and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

5. The execution of this stipulation shall serve to bind and obligate the parties hereto. However, dismissal with prejudice of this action shall not have preclusive effect on those who are not specifically released in the parties' confidential settlement agreement, all claims against whom Plaintiff expressly reserves.

6. Plaintiff and Defendant shall bear their own costs and attorneys' fees associated with this action.

7. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Stipulation/Order as well as the parties' confidential settlement agreement in connection with this action.

**IT IS SO ORDERED.**

DATED: October 20, 2017

_____

Hon. Cormac J. Carney
**United States District Judge**

JS-6